ACCEPTED
03-14-00518-CV
7400497
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 4:53:31 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00518-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/15/2015 4:53:31 PM
JEFFREY D. KYLE
Clerk

JAMES POE AND SENIOR RETIREMENT PLANNERS, LLC, Appellants

vs.

EDUARDO S. ESPINOSA, IN HIS CAPACITY AS RECEIVER OF
RETIREMENT VALUE, LLC, Appellee

Appeal from the 200th Civil District Court of
Travis County, Texas (Hon. Gisela Triana presiding)

## APPELLANTS' UNOPPOSED MOTION
## TO RESET ORAL ARGUMENT

**ALDRICH PLLC**

Scott Lindsey
State Bar No. 24036969
1130 Fort Worth Club Tower
777 Taylor Street
Fort Worth, Texas 76102
Telephone:  817-336-5601
Facsimile:  817-336-5297
slindsey@aldrichpllc.com

**ATTORNEY FOR APPELLANTS
JAMES POE AND SENIOR
RETIREMENT PLANNERS, LLC**

-1-

Appellants James Poe and Senior Retirement Planners, LLC request that the Court reset oral argument of this appeal.

## A.    INTRODUCTION

1.    This appeal was recently scheduled for oral argument on November 18, 2015 at 1:30 p.m. and has been consolidated for purposes of argument with Cause No. 03-14-00515-CV.

2.    This motion is not opposed by any of the parties to the consolidated oral argument.

## B.    ARGUMENT & AUTHORITIES

3.    The Court has the authority under Texas Rule of Appellate Procedure 10.5(c) to reset oral argument.

4.    Appellants ask the Court to reset oral argument in this case because Appellants' attorney, Scott Lindsey, cannot attend oral argument on November 18, 2015, the date presently scheduled for argument.

5.    On the date scheduled for argument, Appellants' counsel is scheduled to be in trial in Tarrant County Probate Court No. 2 in Cause No. 2013-PRO1840-2-A, *Curreri, et al. v. Walsh*, et al. A copy of the Agreed Scheduling Order scheduling order will be provided should the Court wish to see it. The trial is scheduled to begin on November 17, 2015, and is expected to last more than one week.

6.     Appellants' counsel is a member of a law firm, but no other attorney in the firm is able to argue this case because Scott Lindsey has handled the appeal from its inception, including legal research and record review, and no other attorney is familiar with the facts and legal issues involved in the case.

7.     Oral argument is necessary in the case, and the Court has granted Appellants' and Appellee's requests for argument, indicating a preference for argument relating to the settlement credit issue raised in these appeals.

8.     No motion to reset oral argument has previously been requested or granted in this case.

9.     For these reasons, Appellants James Poe and Senior Retirement Planners, LLC pray that the Court will grant this motion and reschedule the oral argument in this case.

Respectfully submitted,

**ALDRICH PLLC**

Scott Lindsey
State Bar No. 24036969
slindsey@aldrichpllc.com
1130 Fort Worth Club Tower
777 Taylor Street
Fort Worth, Texas 76102
Telephone: 817-336-5601
Telecopier: 817-336-5297

**ATTORNEYS FOR
APPELLANTS JAMES POE
AND SENIOR RETIREMENT
PLANNERS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned attorney certifies that he spoke with John Thomas, counsel for Appellee, on October 15, 2015, and that Mr. Thomas was not opposed to this request to reset oral argument.

The undersigned also exchanged e-mails with Timothy Hootman, counsel for Appellants in the appeal consolidated for argument, and Mr. Hootman was not opposed to this request to reset oral argument.

Scott Lindsey

## CERTIFICATE OF SERVICE

This is to certify that on this the 15th day of October, 2015, the foregoing motion was filed electronically with the Clerk for the Third Court of Appeals. A copy was served by e-mail upon the following:

John W. Thomas
114 W. 7th Street, Suite 1100
Austin, Texas 78701-3015
jthomas@gbkh.com

Timothy A. Hootman
2402 Pease St
Houston, TX 77003
thootman2000@yahoo.com

_____
Scott Lindsey